UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF J. WALBY,

        Plaintiff,

v.

AVIVA USA, an Iowa corporation
and EXECUTIVE BENEFIT GROUP
LIMITED PARTNERSHIP, a Virgin
Islands limited partnership,

        Defendants.
_____/    No. 2:11-cv-13312
                                                                  Hon. George Caram Steeh
EXECUTIVE BENEFIT GROUP
LIMITED PARTNERSHIP, a Virgin
Islands limited partnership,

        Counterclaimant/cross-claimant;

v.

JEFF WALBY, DDS and AVIVA LIFE
AND ANNUITY COMPANY, an Iowa
corporation, as successor by merger to
AmerUs Life Insurance Company;

        Counterdefendants and
        Cross-defendants.
_____/

ORDER

        On December 23, 2011, counsel for defendant/counterclaimant/cross-claimant Executive Benefit Group Limited Partnership, Edward Barry, filed a motion to be relieved of the requirement of associating local counsel pursuant to Local Rule 83.20(f). On January 8, 2012, Mr. Barry filed a notice indicating that he had spoken with counsel for the plaintiff and for the other defendant and that neither had an objection to his

proceeding without local counsel.  The court will expect Mr. Barry to exercise appropriate professional judgment and voluntarily associate with local counsel in the future, should future requirements of the case warrant.  In light of the above, the court GRANTS counsel's motion for relief from requirement of associating local counsel (#14).

 SO ORDERED.

Dated:  January 10, 2012

           S/George Caram Steeh
           GEORGE CARAM STEEH
           UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 10, 2012, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk