UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF WALBY,

       Plaintiff,                          CIVIL ACTION NO. 11-13312

      v.                                DISTRICT JUDGE GEORGE CARAM STEEH

AVIVA USA,                            MAGISTRATE JUDGE MARK A. RANDON

       Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS (DKT. NO. 53)

This matter is before the Court on Defendant's Motion to Compel Production of Documents. (Dkt. No. 53). Defendant requests an order requiring Plaintiff to respond to its Request for Production of Documents served on May 15, 2012. Plaintiff responded on October 3, 2012. (Dkt. No. 56). Defendant replied on October 4, 2012, and filed a supplemental brief on November 8, 2012. (Dkt. Nos. 57 and 60). A telephone conference was held on November 15, 2012.

After review of the record and for the reasons stated during the telephone conference, Defendant's motion is **GRANTED**. Within 14 days, Plaintiff must respond to Defendant's Request for Production - without objection.

      **IT IS ORDERED**.

                                            s/Mark A. Randon
                                            Mark A. Randon
                                            United States Magistrate Judge

Dated: November 16, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, November 16, 2012, by electronic and/or ordinary mail.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5540*